JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ALLAN JAMES, | Case No. 2:22-cv-05836-AB-PLA |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION |
| v. | |
| CAPITAL ONE FINANCIAL CORPORATION, et. al., | (PURSUANT TO LOCAL RULE 41) |
| Defendants. | |

On November 30, 2022 the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by December 16, 2022. No response has been filed.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  January 20, 2023

_____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE